UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY ALBERT and DIMITRIOS MALAXIANIS, on
behalf of themselves and all others similarly situated

Index No. 15 CV 4087 (VM)

ECF Case

Plaintiffs,

**NOTICE OF APPEARANCE**

v.

BLUE DIAMOND GROWERS, and WWF
OPERATING  COMPANY

Defendants.

To the Clerk of this Court and all parties of record:

PLEASE ENTER the appearance of Joshua H. Epstein of Davis & Gilbert LLP as co-

counsel in this case for defendant WWF Operating Company.

Dated:  July 29, 2015
        New York, New York

DAVIS & GILBERT LLP

By: /s/Joshua H. Epstein _____
        Joshua H. Epstein

1740 Broadway
New York, NY 10019
jepstein@dglaw.com
(212) 468-4800

*Attorney for Defendant WWF*
*Operating Company*